by J. Franklin Tausch against John C. Giesler. No opinion. Judgment of the Municipal Court affirmed, with costs.

TAUSCH, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by J. Franklin Tausch against Thomas P. Hall. No opinion. Judgment of the Municipal Court affirmed, with costs.

TEITELBAUM, Respondent, v. SHLIKERMAN REALTY & IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Solomon Teitelbaum against the Shlikerman Realty & Improvement Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re TERRY. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) In the matter of the application of Albert W. Terry to lay out, alter, and discontinue a highway in the town of Harpersfield, Delaware county, N. Y., and the assessment of damages therefor. No opinion. Order (67 Misc. Rep. 514, 123 N. Y. Supp. 258) unanimously affirmed, with costs.

THOMAS, Respondent, v. SIMON, Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Charles Thomas against Morris Simon. No opinion. Motion to dismiss appeal granted, without costs.

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Sarah G. Thompson against John M. Thompson. F. Frenholm, for appellant. L. O. Condit, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TIEDJEN v. NATIONAL ELEVATOR CO. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Louise Tiedjen, as administratrix, against the National Elevator Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 304.

TIMPANO, Respondent, v. VITOLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Michael Timpano against Giacchino Vitolo and another. No opinion. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, put the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

TIMPANO, Respondent, v. VITOLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1911.)

Action by Michael Timpano against Giacchino Vitolo and another. No opinion. Appeal dismissed, with costs. See, also, supra.

TOMASSELLO, Respondent, v. VOLPE, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Salvatore Tomassello against Emilio Volpe. No opinion. Judgment of the Municipal Court affirmed, with costs.

TOTTEN, Appellant, v. COLLINS et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Thomas J. Totten against Jeanette Collins and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SMITH, P. J., not voting.

TRADERS' PAPER BOARD CO., Respondent, v. ALBERT PAPER BOX CO., Appellant. (Supreme Court, Appellate Division Second Department. January 31, 1911.) Action by the Traders' Paper Board Company against the Albert Paper Box Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

TROPENAS, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Alexandre Tropenas against Thomas Powell and another. F. M. Applegate, for appellant. W. L. Ransom, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TURNER, Respondent, v. BRYANT, Appellant. (Supreme Court, Appellate Division, Third Department, March 8, 1911.) Action by Charles H. Turner against Edwin R. Bryant.
PER CURIAM. Judgment affirmed, with costs. Order affirmed, with $10 costs and disbursements, with the privilege to the defendant of taking advantage of the order so affirmed, within 30 days, upon the terms therein named, and the payment of the costs awarded on these appeals.

TWAMLEY, Appellant, v. McKENNELL, Respondent. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Peter Twamley against Thomas A. McKennell. N. L. Keach, for appellant. G. H. Taylor, Jr., for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend reply on payment of costs. Order filed. See, also, 137 App. Div. 574, 122 N. Y. Supp. 237.

UNION BANK OF BROOKLYN, Respondent, v. SCHLESINGER, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by the Union Bank

of Brooklyn against Leo Schlesinger. No opinion. Judgment and order affirmed, with costs.

UNITED STATES RESTAURANT CO. v. SCHULTE et al. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by the United States Restaurant Company against David A. Schulte and others. R. L. Fowler, for plaintiff. A. Gordon, for defendants. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UNITED STATES TRUST CO., Respondent, v. DANIEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 20, 1911.) Action by the United States Trust Company against Anna K. Daniel, impleaded with others. G. B. Holbert, for appellant. G. L. Shearer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

VAULK, Appellant, v. GENERAL ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Clarence E. Vaulk, an infant, by Jacob Howenstein, his guardian ad litem, against the General Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.

VERNON v. BUTLER et al. WILLIAMS v. SAME. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by Frank Vernon and by Thos. Williams against John P. Butler and others. R. R. Howard, for appellants. A. L. Davis, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

VICK, Appellant, v. PETERSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Henry H. Vick, as adminstrator, etc., against John H. Peterson and others. No opinion. Judgment affirmed, with costs.

VICTORIA METAL CO., Appellant, v. LICHTENSTEIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the Victoria Metal Company against Meyer Lichtenstein. No opinion. Judgment affirmed, with costs. New trial to be had in Buffalo City Court on Tuesday, February 21, 1911, at 10 o'clock in the forenoon.

In re VILLAGE OF BEMUS POINT. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) In the matter of the proposed incorporation of the village of Bemus Point. No opinion. Order affirmed, without costs.

VILLAGE OF MOOERS, Appellant, v. MAHAN, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by the Village of Mooers against Patrick L. Mahan. No opinion. Order affirmed, with $10 costs and disbursements.

VOIGT, Respondent, v. RAGL, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Max Voight against Martin Ragl. No opinion. Judgment of the Municipal Court affirmed, with costs.

VON BREMEN et al. v. MacMONNINE et al. (Supreme Court, Appellate Division, First Department. October, 1910.) Action by Henry Von Bremen and others against Frank Mac-Monnine and others. No opinion. Motion denied, with $10 costs. See memorandum per curiam. See, also, 139 App. Div. 905, 123 N. Y. Supp. 1146.

In re VOXMAN. (Supreme Court, Appellate Division, First Department. February 17, 1911.) In the matter of William Voxman. No opinion. Reference ordered to official referee.

WADE, Appellant, v. TOWN OF WORCESTER, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Pearl Wade against the Town of Worcester. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 134 App. Div. 51, 118 N. Y. Supp. 657.

WALLACE, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by John Wallace against the Prudential Insurance Company of America. No opinion. Judgment unanimously affirmed, with costs.

WARD et al., Appellants, v. KROPF et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by John C. Ward and others, taxpayers of the Village of Waterloo, against John Kropf, as President of said village and others. No opinion. Judgment (120 N. Y. Supp. 476), so far as appealed from, affirmed, with costs.

WARD et al., Respondents, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Charles M. Ward and others against Mary E. G. McK. Ward and others. W. G. Wilson, for appellants. H. M. Ward, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN, Appellant, v. WARREN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.)